C-13-15(a) Motion
(Rev 10/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Luis Alfredo Cordero | ) | **Motion and Notice** |
| Evelyn Cordero | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-08-80956 C-13D |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

BAC Home Loans Servicing LP, f/k/a Countrywide Home Loans filed Trustee Claim No. 1 which was allowed as a secured long-term continuing debt. The Trustee has been notified by the creditor that after an escrow analysis for taxes and insurance, the monthly payment has been changed to $2,116.91 effective December, 2009.

The Standing Trustee respectfully recommends to the Court that an Order be entered amending the claim and providing a monthly payment to BAC Home Loans Servicing LP, f/k/a Countrywide Home Loans of $2,116.91 effective December, 2009.

Date:  October 28, 2009                                                                              s/Richard M. Hutson, II
            ltp                                                                                                    Standing Trustee

---

### NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before November 30, 2009, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on December 10, 2009, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date:  October 28, 2009                                                                              OFFICE OF THE CLERK
                                                                                                                    U.S. Bankruptcy Court

Luis Alfredo Cordero
Evelyn Cordero
603 Conover Road
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

BAC Home Loans Servicing LP,
f/k/a Countrywide Home Loans
Brice, Vander, Linden, & Wernick
9441 LBJ Freeway, Suite 350
Dallas, TX 75243